# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALMA SANCHEZ, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>El-Milagro, Inc. d/b/a EL MILAGRO,<br><br>        Defendant. | Case No. |

### DECLARATION OF ROSA SANTIAGO IN SUPPORT OF NOTICE OF REMOVAL

I, Rosa Santiago, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

2. I, Rosa Santiago, am over eighteen (18) years of age, and I have personal knowledge of, and am fully competent to testify to, the facts set forth in this Declaration.

3. I am currently employed by El-Milagro, Inc. ("El-Milagro") and work in Chicago, Illinois.

4. I am the sister of Ines Cendejas. I am in touch with her on a regular basis.

5. Ines worked for El-Milagro in Chicago, Illinois until she voluntarily resigned in August 2021.

6. Ines resigned from her position at El-Milagro because she decided to move back to Mexico, where we were born.

7. Ines currently lives in Mexico and has been living there since she moved in or around August 2021.

8. Ines has long-term plans to stay in Mexico. She does not presently plan to move back to Illinois or reside there.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of March, 2022.

_____
Rosa Santiago