# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Alma Sanchez,

Plaintiff,

v.

El-Milagro, Inc. d/b/a El Milagro,

Defendant.

Case No. 22 C 01852
Hon. LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $_____,

which ☐ includes _____ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendant's motion to deny class certification is granted, Defendant's motion for summary judgment is granted, and Defendant's motion to dismiss is denied as moot. Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on November 12, 2024.

Date: 11/12/2024

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk